McGREGOR W. SCOTT
United States Attorney
CAMERON L DESMOND
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
Sep 24, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-cr-0177 KJM |
|---|---|
| Plaintiff, | ORDER TO SEAL |
| v. | |
| ROBERTO DANIEL GONZALEZ GOMEZ, | |
| Defendant. | |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney CAMERON L. DESMOND to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendant or until further order of the Court.

Dated: 9/24/2020

ALLISON CLAIRE
United States Magistrate Judge