UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 16, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERTO DANIEL GONZALEZ GOMEZ,

    Defendant.

Case No. 2:20-CR-00177-KJM

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release ROBERTO DANIEL GONZALEZ GOMEZ, Case No. 2:20-CR-00177-KJM Charge 21 USC § 841A, from custody for the following reasons: for the following reasons:

|   |   |
|---|---|
|       | Release on Personal Recognizance |
| X     | Bail Posted in the Sum of $ 75,000 (co-signed) |
|       | Unsecured Appearance Bond $ |
|       | Appearance Bond with 10% Deposit |
|       | Appearance Bond with Surety |
|       | Corporate Surety Bail Bond |
| X     | (Other): With pretrial supervision and conditions of release as stated on the record in court. |

Issued at Sacramento, California on October 16, 2020 at 2:14 p.m.

Dated:  October 16, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE