DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone: (916) 447-8600
Facsimile: (916) 930-6482
E-mail: david.fischer@fischerlawoffice.com

Attorney for Defendant
Roberto Gomez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>ROBERTO GONZALEZ GOMEZ,<br><br>               Defendant. | CASE NO. 2:20-CR-0177-KJM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: July 12, 2021<br>TIME: 9:00 a.m.<br>COURT: Hon. Kimberly J. Mueller |

This case is set for a status conference on July 12, 2021. By this stipulation, the parties request a continuance of the status conference to September 13, 2021, and to exclude time under Local Code T4, for the reasons set forth below.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on July 12, 2021.

2. By this stipulation, defendants now move to continue the status conference until September 13 2021, and to exclude time between July 12, 2021, and September 13 2021, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case to date includes more than 206 pages of investigative reports, and other documents. All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

  b) Counsel for defendant needs additional time to review the discovery in this case, to conduct independent factual investigation, to research trial and sentencing issues, to consult with their clients, and to otherwise prepare for trial.

  c) The government is also in the process of producing lab results for this case.

  d) Counsel for the defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  e) The government does not object to the continuance.

  f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 12, 2021 to September 13 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

//
//
//
//
//
//

IT IS SO STIPULATED.

Dated: July 9, 2021    McGREGOR W. SCOTT
United States Attorney

/s/ CAMERON DESMOND
CAMERON DESMOND
Assistant United States Attorney


Dated: July 9, 2021    /s/ David D. Fischer
David D. Fischer
Counsel for Defendant
ROBERTO GONZALEZ GOMEZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 9th day of July 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE