DAVID D. FISCHER, SBN 224900
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd Ste 312
Rocklin, CA 95765
Telephone:  (916) 447-8600
Facsimile:  (916) 930-6482
E-mail:  david.fischer@fischerlawoffice.com

Attorney for Defendant
Roberto Gonzalez Gomez

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO GONZALEZ GOMEZ,<br><br>Defendant. | CASE NO.  2:20-CR-0177-DJC<br><br>STIPULATION TO CONTINUE THE TRIAL CONFIRMATION HEARING AND [PROPOSED] ORDER<br><br>DATE:  September 28, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

This case is set for a trial confirmation hearing on September 14, 2023. By this stipulation, the parties request a continuance of the trial confirmation hearing to September 28, 2023, at 9:00 a.m.  The case is set for trial on November 6, 2023, and time has already been excluded under Local Code T4 to that date.  Additional time is needed to have either a more meaningful trial confirmation hearing, or to request a change of plea hearing.

Dated:  September 12, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ CAMERON DESMOND
CAMERON DESMOND
Assistant United States Attorney

Dated:  September 12, 2023

/s/ David D. Fischer
David D. Fischer
Counsel for Defendant
ROBERTO GONZALEZ GOMEZ

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 12th day of September, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE