PHILLIP A. TALBERT
United States Attorney
CAMERON DESMOND
ALEXIS KLEIN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00177 DJC |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO VACATE JURY TRIAL** |
| v. | DATE:  November 6, 2023 |
| ROBERTO DANIEL GOMEZ GONZALEZ, | TIME:  9:00 a.m. |
| Defendant. | COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on November 6, 2023, with a trial confirmation hearing set for September 14, 2023.  ECF No. 40.

2. On September 28, 2023, a plea agreement was fully executed and defendant entered a guilty plea to Count Three of the Indictment.  *See* ECF No. 43.  The matter was then set for judgment and sentencing on January 4, 2024.  *Id.*

/ / /

/ / /

/ / /

/ / /

1

3. The parties stipulate that the November 6, 2023, jury trial date should be vacated in light of defendant's plea.

IT IS SO STIPULATED.

Dated: October 2, 2023

PHILLIP A. TALBERT
United States Attorney

/s/ ALEXIS KLEIN
ALEXIS KLEIN
Assistant United States Attorney

Dated: October 2, 2023

/s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
ROBERTO DANIEL GOMEZ GONZALEZ

### ORDER

The Court, having received, read, and considered the parties' stipulation, hereby orders the November 6, 2023, jury trial vacated.

IT IS SO FOUND AND ORDERED this 2nd day of October, 2023.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE