1  DAVID D. FISCHER, SBN 224900
   LAW OFFICES OF DAVID D. FISCHER, APC
2  5701 Lonetree Blvd Ste 312
   Rocklin, CA 95765
3  Telephone:   (916) 447-8600
   Fax:         (916) 930-6482
4  E-Mail:      david.fischer@fischerlawoffice.com

5
   Attorney for Defendant
6  ROBERTO DANIEL GOMEZ GONZALEZ

7

8            IN THE UNITED STATES DISTRICT COURT FOR THE

9                    EASTERN DISTRICT OF CALIFORNIA

10

11

12 | UNITED STATES OF AMERICA,       | Case No.:   2:20-CR-0177 DJC
13 |          Plaintiff,             |
14 |                                 | **STIPULATION AND ORDER
15 |     v.                          | TO AMEND SPECIAL
   |                                 | CONDITIONS OF RELEASE**
16 | ROBERTO DANIEL GOMEZ            |
17 | GONZALEZ,                       |
18 |          Defendant.             |

19  #

                        **STIPULATION**
20
21      In light of Mr. Gomez's violation conduct and after consultation with the Pretrial

22  Services Officer, the parties stipulate that special condition number 9 of the defendant's

23  special conditions of release be modified to read:

24      9.   You must refrain from **any use** of alcohol or any use of a
             controlled substance without a prescription by a licensed
25           medical practitioner; and you must notify Pretrial Services
             immediately of any prescribed medication(s). However,
26           medicinal marijuana prescribed and/or recommended may not
27           be used.

28

                                    1

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated: March 18, 2024 | /s/ David D. Fischer |
|   | DAVID D. FISCHER |
|   | Attorney for Defendant |
|   | ROBERTO DANIEL GOMEZ GONZALEZ |
|   |   |
| Dated: March 18, 2024 | /s/ Cameron Desmond |
|   | CAMERON DESMOND |
|   | Assistant United States Attorney |
|   | Counsel for Plaintiff |

**ORDER**

**IT IS SO ORDERED**

Dated: March 25, 2024            /s/ Daniel J. Calabretta
                                 _____
                                 THE HONORABLE DANIEL J. CALABRETTA
                                 UNITED STATES DISTRICT JUDGE