PHILLIP A. TALBERT
United States Attorney
CAMERON L. DESMOND
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERTO DANIEL GOMEZ GONZALEZ,<br><br>　　　　Defendant. | 2:20-CR-00177-DJC<br><br>FINAL ORDER OF FORFEITURE |

On or about October 12, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 21 U.S.C. § 853(a), based upon the plea agreement entered between plaintiff and defendant Roberto Daniel Gomez Gonzalez forfeiting to the United States the following property:

　　　　a.　　　Approximately $8,090.00 in U.S. Currency, plus all accrued interest.

Beginning on October 13, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individual known to have an alleged interest in the property:

a. Jazmin M. Martinez: A notice letter was sent via certified mail to Jazmin M. Martinez at 5930 24th Street, Apt. 45, Sacramento, CA 95822 on October 13, 2023.  The PS Form 3811 (certified mail "green card" showing delivery of mail) was returned to the U.S. Attorney's office unsigned and undated.  The USPS.com Tracking Results confirm the notice letter was delivered on October 16, 2023.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the above-listed property pursuant to 21 U.S.C. § 853(a), including all right, title, and interest of Roberto Daniel Gomez Gonzalez and Jazmin M. Martinez.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 5th day of April, 2024.

Dated:  April 5, 2024

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE